UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DAYMOND L. INGRAM,

    Plaintiff,

v().    CAUSE NO. 3:23-CV-600 DRL-SJF

STEEL WAREHOUSE CO LLC,

    Defendants.

## ORDER

This matter is before the court following Magistrate Judge Scott Frankel's report and recommendation [25], which recommended that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). No objections were filed by the September 19, 2024 deadline. Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DISMISSES this case without prejudice.

SO ORDERED.

September 24, 2024                *s/ Damon R. Leichty*
                                            Judge, United States District Court